

CLOSED

FILED
AUG 15 2016
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

# U.S. District Court
## Southern District of California (San Diego)
### CRIMINAL DOCKET FOR CASE #: 3:16-mj-02260-NLS All Defendants
### Internal Use Only

Case title: USA v. Sack

Date Filed: 07/28/2016
Date Terminated: 08/11/2016

Assigned to: Magistrate Judge Nita L. Stormes

**Defendant (1)**
Kallie Ann Sack
*TERMINATED: 08/11/2016*

represented by **Stephen Patrick White**
Law Offices of Stephen P White
101 West Broadway
Suite 1950
San Diego, CA 92101-6036
(619)702-3753
Fax: (619)238-9914
Email: swhite@1950.sdcoxmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21:841(a)(1), 844 - Conspiracy to Distribute and Possession with Intent to

**Disposition**

Case removed to Eastern District of Virginia

Distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

**Plaintiff**

USA                                 represented by   **U S Attorney CR**
                                                     U S Attorneys Office Southern District of California
                                                     Criminal Division
                                                     880 Front Street
                                                     Room 6293
                                                     San Diego, CA 92101
                                                     (619)557-5610
                                                     Fax: (619)557-5917
                                                     Email: Efile.dkt.gc2@usdoj.gov
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     Designation: *Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/28/2016 |   | Arrest of Kallie Ann Sack (no document attached) (lao) (Entered: 07/28/2016) |
| 07/28/2016 | 🔒 1 | OUT OF DISTRICT COMPLAINT as to Kallie Ann Sack. (lao) (sjt). (mdc). (Additional attachment(s) added on 8/1/2016: # 1 Information Sheets) (mdc). Modified on 8/1/2016 - Page 4 of affidavit is missing. (mdc) (Entered: 07/28/2016) |
| 07/28/2016 | 2 | Set/Reset Duty Hearings as to Kallie Ann Sack: Initial Appearance - ODC set for 7/28/2016 before Magistrate Judge Nita L. Stormes. (no document attached) (tkl) (Entered: 07/28/2016) |
| 07/28/2016 | 🔒 | (Court only) Case unsealed as to Kallie Ann Sack (no document attached) (tkl) (Entered: 07/29/2016) |
| 07/28/2016 | 3 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Initial Appearance - Out of District Complaint as to Kallie Ann Sack held on 7/28/2016. Federal Defenders S/A. Provisionally Appointed Stephen Patrick White for Kallie Ann Sack. Govt oral motion to detain. Detention Hearing - RF set for 8/2/2016 10:00 AM before Magistrate Judge Nita L. Stormes. Removal/ID Hearing set for 8/9/2016 09:30 AM before Magistrate Judge Nita L. Stormes.Financial Affidavit due by 8/9/16. Govt's oral motion to unseal entire case is granted. (Sealed Clerk Notified) (CD# 7/28/2016 4:07-4:15). (Plaintiff Attorney Ari Fitzwater, AUSA). (Defendant Attorney Chandra Peterson, FD). (no document attached) (tkl) Modified text on 8/1/2016 to reflect motion to unseal is |

| | | | |
|---|---|---|---|
| | | | granted (lao). (Entered: 07/29/2016) |
| 07/28/2016 | | 4 | ***English. No Interpreter needed as to Kallie Ann Sack (no document attached) (tkl) (Entered: 07/29/2016) |
| 07/28/2016 | | 5 | Oral MOTION to Detain by USA as to Kallie Ann Sack. (no document attached) (tkl) (Entered: 07/29/2016) |
| 08/02/2016 | 🔒 | 6 | CJA 23 Financial Affidavit by Kallie Ann Sack. (srm) (Entered: 08/03/2016) |
| 08/02/2016 | | 7 | ORDER Setting Conditions of Release. Bond set for Kallie Ann Sack (1) $30,000 P/S secured by the co-signatures of 2 FRAs and 10% cash deposit. Signed by Magistrate Judge Nita L. Stormes on 8/2/2016. (srm) (Entered: 08/03/2016) |
| 08/02/2016 | | 8 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Detention Hearing as to Kallie Ann Sack held on 8/2/2016. Court denies governments oral 5 Motion to Detain as to Kallie Ann Sack (1) and orders bond set as to Kallie Ann Sack (1) at $30,000 P/S with two signatures, a 10% cash deposit and all other conditions as reflected in the conditions of release form. Financial affidavit submitted on behalf of Kallie Ann Sack (1). Court reviews the financial affidavit and order the provisional status of defense counsel removed. (CD# 8/2/2016 NLS16-10:33 to 10:45). (Plaintiff Attorney Ari Fitzwater, AUSA). (Defendant Attorney Stephen Patrick White, CJA). (no document attached) (gep) (Entered: 08/03/2016) |
| 08/04/2016 | | 9 | NOTICE OF HEARING as to Defendant Kallie Ann Sack. Bond Hearing/Bail Review set for 8/9/2016 09:30 AM in Courtroom 1A before Magistrate Judge Nita L. Stormes. (no document attached) (gep) (Entered: 08/04/2016) |
| 08/09/2016 | | 10 | Minute Entry for proceedings held before Magistrate Judge Nita L. Stormes: Bond Review Hearing as to Kallie Ann Sack held on 8/9/2016. Court reviews and approves the submitted bond package. Release abstract prepared and submitted to the USM. Removal/ID Hearing as to Kallie Ann Sack not held on 8/9/2016. Defendant admits her identity, waives the identity hearing and submits a signed waiver of hearing. Court orders the defendant to appear before United States Magistrate Judge Theresa Carroll Buchanan, in the EAstern District of Virginia, United States Courthouse, on Monday, August 15, 2016 at 2:00 p.m. for further proceedings. Court signs the submitted order of removal. (CD# 8/9/2016 NLS16-10:17 to 10:30). (Plaintiff Attorney Ari Fitzwater, AUSA). (Defendant Attorney Stephen Patrick White, CJA). (no document attached) (gep) (Entered: 08/10/2016) |
| 08/09/2016 | 🔒 | 11 | Appearance Bond Filed as to Kallie Ann Sack in amount of $30,000, Receipt # CAS083947. Signed by Magistrate Judge Nita L. Stormes. (Document applicable to USA, Kallie Ann Sack.) (srm) (Entered: 08/12/2016) |
| 08/09/2016 | | 12 | ABSTRACT OF ORDER Releasing Kallie Ann Sack re 11 Bond. (srm) (Entered: 08/12/2016) |
| 08/09/2016 | | 13 | WAIVER of Rule 5 Hearings by Kallie Ann Sack.(srm) (Entered: 08/12/2016) |

| | | |
|---|---|---|
| 08/11/2016 | 14 | ORDER OF REMOVAL to District of Eastern District of Virginia as to Kallie Ann Sack. Signed by Magistrate Judge Nita L. Stormes on 8/9/2016. (srm) (Entered: 08/12/2016) |
| 08/12/2016 | 15 | NOTICE to Receiving District: **(Eastern District of Virginia)**, of Case Removal, as to Kallie Ann Sack. The following documents are available on the public docket: 1 Out of District Complaint (Sealed), 12 Abstract of Order, 14 Order of Removal to Another District, 13 Waiver of Rule 5 Hearings. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov. (srm) (Entered: 08/12/2016) |