IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:16CR00216 |
| | ) |
| KALLIE ANN SACK | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING AUTHORIZATION TO RELEASE FUNDS

CAME NOW the Defendant, Kallie Ann Sack, by counsel, who moved this Honorable Court to authorize the clerk's office to release the funds put forward on her personal appearance bond. For the reasons stated in the motion, it is hereby ORDERED that Defendant's Motion is GRANTED, and the clerk's office is authorized to release the personal appearance bond funds.

IT IS SO ORDERED.

/s/
_____
T. S. Ellis, III
United States District Judge

Date: 9/11/17